IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND JONES,

     Plaintiff,                                    ORDER

v.

                                        Case No.  19-cv-98-wmc

BARB DAUBNER, ET AL.,

     Defendants.

Plaintiff Raymond Jones, a prisoner in the custody of the Columbia Correctional Institution, has filed a proposed civil complaint.  Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act.  Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted a Trust Fund Account Statement from February 22, 2018 through August 22, 2018 to support this request.  This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than February 28, 2019.  If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Raymond Jones may have until February 28, 2019 to submit a certified trust fund account statement for the period beginning approximately August 6, 2018 and ending approximately February 6, 2019. If, by February 28, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 7th day of February, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge